# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **RANDY PEREZ** | **CIVIL ACTION NO. 19-1124** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **RICHLAND PARISH DETENTION CENTER, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Randy Perez's claims on behalf of staff and inmates at RPDC are **DISMISSED WITHOUT PREJUDICE** for lack of standing and as frivolous.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims concerning breach of contract and violation of LA. REV. STAT. § 39:1800.4 are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to raise them before a state court. The claims are otherwise dismissed with prejudice and as frivolous.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims and requests for relief are **DENIED AND DISMISSED WITH PREJUDICE** as frivolous.

**IT IS FURTHER ORDERED** that Plaintiff's motions for discovery, [doc. #s 7, 10], are **DENIED AS MOOT**.

MONROE, LOUISIANA, this 13th day of November, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE